Prepared by State Reporter from Appeal Papers

Order of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the question of defendant's negligence was one of fact for the jury.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ADELBERT E. CLARK, Respondent, *v.* WILLIAM P. ASH, Appellant.

*Real property — debtor and creditor — fraudulent conveyance — action to set aside conveyance of interest in real property as in fraud of creditors.*

*Clark* v. *Ash,* 220 App. Div. 746, affirmed.

(Submitted January 13, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 16, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action brought under section 268 of the Real Property Law to set aside as in fraud of creditors a transfer of an interest in real property made by a deceased insolvent debtor.

*Ernest F. Kruse* for appellant.
*John L. Heider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JOSEPH URDANG, Respondent, *v.* NATHAN E. POSNER, Appellant.

*Sale — false representations — action to recover difference between price paid and value of article sold.*

*Urdang* v. *Posner,* 220 App. Div. 609, affirmed.

(Argued January 13, 1928; decided February 14, 1928.)

APPEAL from a judgment, entered July 8, 1927, upon an order of the Appellate Division of the Supreme Court

Prepared by State Reporter from Appeal Papers

in the first judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict in an action to recover the purchase price of a violin on the ground that the purchase was induced by false and fraudulent representations. On the trial plaintiff was permitted to amend his complaint so as to demand as damages the difference between the contract price and the value of the violin on the date of sale.

*Jacob M. Zinaman* for appellant.

*Emil Weitzner, Bernard Braun* and *Jacob E. Kronick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LENCRIF REALTY CORPORATION, Appellant, *v.* THORVALD CAPPELEN, Respondent.

*Vendor and purchaser — real property — contract — specific performance — encroachments — action to compel specific performance of contract to purchase real property — defense that building encroached on highway.*

*Lencrif Realty Corp.* v. *Cappelen,* 220 App. Div. 828, affirmed.
(Argued January 13, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1927, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to compel specific performance of a contract to purchase real property. The defense was that the building encroached upon the highway and that plaintiff was unable to convey to the defendant a title free from incumbrances as required by the contract.